1 | Your name: Holly Irene Cardoza
2 | Address: 3102 Skillman Ln.
3 | Petaluma, CA 94952
4 | Phone Number: 530-408-8063
5 | E-mail Address: hollycardoza@gmail.com
6 | Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| Holly Irene Cardoza | Case Number: 3:20-CV-01589 EMC |
| Plaintiff, | ADMINISTRATIVE MOTION AND ~~PROPOSED~~ ORDER TO CHANGE DEADLINE FOR FILING [document title] |
| vs. | |
| Andrew Saul Commissioner of Social Security | Judge: Hon. Edward Chen |
| Defendant. | |

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. 3:20-CV-01589 EMC         ; PAGE 1 OF 3 [JDC TEMPLATE Rev. 2017]

1. The [title of document] **Plantiff's Response to Defendant's Notice, Motion and Memorandum in Support for Summary Judgment and in Opposition to Plantiff's Motion for Summary Judgment** is currently due on [date] **Nov. 20th, 2020**

2. I respectfully request that the Court change this deadline to [new date] **December 20, 2020**

3. I have [check box that applies]:

    ☑ not already asked the Court to change this deadline.

    ☐ already asked the Court to change this deadline.

4. This change is necessary because [explain]:

    **I'm in Pro Se and just need some more time to review and understand the Defendant's Response and the Federal Pro Bono Project recommended an extension so that they can consult with me.**

5. I believe changing this deadline [check one]:

    ☑ will not affect any other deadlines.

    ☐ may affect these other deadlines and dates [list anything else that may need to be rescheduled, such as a hearing related to the papers need to file]:

6. The opposing side [check box that applies and explain]:

    ☑ has agreed to this change.

    ☐ has not agreed. I tried to obtain the opposing party's agreement to this change.

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. 3:20-CV-01589-EMC        PAGE 2 OF 4

but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:

_____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the above statements are true and correct.

Date: November 16, 2020   Signature: Holly Cardoza

Respectfully submitted,

Printed name: Holly Cardoza

*[Do not write below this line]*

Good cause appearing, the motion is GRANTED. The Case Management Conference is rescheduled to *[date]* _____ at *[time]* _____.

IT IS SO ORDERED.

Dated: 11/30/2020

**GRANTED**
Judge Edward M. Chen

Date: _____   *[For Judge]* _____
*[Judge's name]* _____
United States District/Magistrate Judge

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. _____; PAGE ___ OF 3 [JDC TEMPLATE Rev.2017]

Justice Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE

You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Motion to Change Deadline for Filing that you file and serve.

1. Case name: __Cardoza__ v. __Saul__

2. Case number: __3:20-CV-01589-EMC__

3. Documents served: Motion and Proposed Order to Change Deadline for Filing *[fill in]*

4. How was the Motion served? *[check one]*

    [✓] Placed in U.S. Mail

    [ ] Hand-delivered

    [ ] Sent for delivery (e.g., FedEx, UPS)

    [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. On whom was the Motion served? *[For each person who was sent the document, write their full name and contact information used.]*

    __Deborah Stachel__      __160 Spear St. Suite 800__
    __Marcelo Illarmo__      __San Francisco, CA 94105-1545__
    __David L. Anderson__

6. When was the Motion served? __mailed 11-17-20__

7. Who served the Motion? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Signature: __Holly Cardoza__

    Name: __Holly Cardoza__

    Address: __3102 Skillman Ln.__
    __Petaluma, CA 94952__

CERTIFICATE OF SERVICE *[JDC TEMPLATE Rev. 05/2017]*